IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

P. S. AND W. S.,

       Appellants,

v.

DEPARTMENT OF CHILDREN
AND FAMILIES IN THE
INTEREST OF VFJR.; ZNW;
TJU; KJA; ZKB,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-586

Opinion filed November 10, 2016.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Frederick J. Gant of Pensacola, for Appellant.

Dwight O. Slater, Appellate Counsel, Children's Legal Services of Tallahassee, for
Appellee Department of Children and Families.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.